JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BJ DAVIS, | CASE NO. 2:15−cv-08761 MWF (ASx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION WITH PREJUDICE** |
| COLUMBIA PICTURES INDUSTRIES, INC.; SONY PICTURES ENTERTAINMENT, INC.; MARVEL ENTERTAINMENT, LLC (ERRONEOUSLY SUED AS MARVEL ENTERPRISES, INC.); ARAD PRODUCTIONS, INC.; MATT TOMACH PRODUCTIONS; ARMSTRONG ACTION ENTERPRISES, INC.; AND JAMES ARMSTRONG, | Judge: Hon. Michael W. Fitzgerald<br>COURTROOM: 1600<br><br>File Date:  November 10, 2015<br>Trial Date:  January 10, 2017 |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

7652107.1

**ORDER GRANTING DISMISSAL OF CIVIL ACTION WITH PREJUDICE**

# ORDER

The Court has read and considered the Stipulation To Dismiss Civil Action With Prejudice, which was filed pursuant to Fed. R. Civ. P. 41(a).

The Court hereby GRANTS the relief requested in the Stipulation as follows: the above-captioned civil action is hereby dismissed in its entirety with prejudice as to all named defendants. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED**

DATED: May 9, 2016

_____
Judge: Hon. Michael W. Fitzgerald
United States District Judge

Mitchell Silberberg & Knupp LLP

7652107.1

1

**ORDER GRANTING DISMISSAL OF CIVIL ACTION WITH PREJUDICE**